IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Zaid Adams, | ) | C/A No. 5:12-cv-479-GRA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | ORDER |
| South Carolina Department of Corrections; | ) | |
| Sgt James Heyward; Ofc Fernandez Richberg, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Compel Defendants to answer interrogatories and requests for production filed on August 6, 2012. ECF No. 47. Prior to the filing of Plaintiff's Motion, on August 1, 2012, Defendants filed a Motion for Extension of Time to Complete Discovery, ECF No. 46, requesting more time to respond to Plaintiff's discovery requests. The court granted the Motion for Extension on August 22, 2012, ECF No. 52, and therefore, Plaintiff's Motion to Compel is moot. If necessary, Plaintiff may refile his motion to compel after receipt of Defendants' responses to Plaintiff's discovery requests. Plaintiff's attention is directed to the Amended Scheduling Order, ECF No. 53, filed on August 22, 2012, that set a new discovery deadline of September 21, 2012 and a new motions deadline of October 29, 2012.

IT IS SO ORDERED.

August 23, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge